IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARK JOHNSON and MOLLY JOHNSON, husband and wife, individually, and on behalf of others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INS. CO., STATE FARM FIRE AND CAS. CO., and BRITANIE VANMETER,<br><br>　　　　　　Defendants. | CV 20–55–M–DWM<br><br>ORDER |

　　　　Defendants State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. ("State Farm") moves for the admission of Frank Falzetta to practice before this Court in this case with Dale Cockrell to act as local counsel. Mr. Falzetta's application appears to be in order.

　　　　Accordingly, IT IS ORDERED that State Farm's motion to admit Frank Falzetta *pro hac vice* (Doc. 9) is GRANTED on the condition that *pro hac* counsel shall do his or her own work. This means that *pro hac* counsel must do his or her own writing; sign his or her own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic

filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless *pro hac* counsel, within fifteen (15) days of the date of this Order, files a notice acknowledging counsel's admission under the terms set forth above. In that notice, counsel shall also designate a single attorney with the authority to make any and all decisions related to the administration of this case as the primary point of contact for the opposing party.

DATED this 8th day of June, 2020.

Donald W. Molloy, District Judge
United States District Court